UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER WILSON,

    Plaintiff,

v.

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

Case No. 1:21-cv-913

HON. JANET T. NEFF

## ORDER

This is a civil action brought by *pro se* Plaintiff Roger Wilson against the State of Michigan and Governor Gretchen Whitmer. Defendants filed a motion to dismiss (ECF No. 14). Plaintiff filed a motion for a preliminary injunction (ECF No. 15), a motion for default judgment (ECF No. 18), and a motion "for expedited resolution of the constitutionality of Michigan Compiled Law 750, 14 15" (ECF No. 21). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 29, 2022, recommending that this Court grant Defendants' motion to dismiss and deny Plaintiff's motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 24) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (ECF No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motions (ECF Nos. 15, 18, and 21) are **DENIED as moot**.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  August 16, 2022                               /s/ Janet T. Neff
                                                     JANET T. NEFF
                                                     United States District Judge